UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

COLUMBUS DIVISION

| | |
|---|---|
| JERAD KITZLER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>ROOT, INC., et al.,<br><br>　　　　　　　　　Defendants. | No. 2:21-cv-01301-SDM-EPD<br><br><u>CLASS ACTION</u><br><br>Judge Sarah D. Morrison |

**NOTICE OF VOLUNTARY DISMISSAL**

| | |
|---|---|
| MURRAY MURPHY MOUL + BASIL LLP<br>JOSEPH F. MURRAY<br>1114 Dublin Road<br>Columbus, OH 43215<br>Telephone: 614/488-0400 | ROBBINS GELLER RUDMAN<br>　& DOWD LLP<br>SAMUEL H. RUDMAN<br>MARY K. BLASY<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone: 631/367-7100<br><br>ROBBINS LLP<br>BRIAN J. ROBBINS<br>GREGORY DEL GAIZO<br>600 B Street, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/525-3990 |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jerad Kitzler, through its undersigned counsel, hereby voluntarily dismisses without prejudice all claims against Defendants and with each party agreeing to bear its own costs.

DATED:  May 12, 2021                                            MURRAY MURPHY MOUL + BASIL LLP
                                                                                          JOSEPH F. MURRAY

                                                                                                   /s/ Joseph F. Murray
                                                                                          JOSEPH F. MURRAY (0063373)

                                                                                          1114 Dublin Road
                                                                                          Columbus, OH 43215
                                                                                          Telephone:  614/488-0400
                                                                                          614/488-0401 (fax)
                                                                                          murray@mmmb.com

                                                                                          ROBBINS GELLER RUDMAN
                                                                                             & DOWD LLP
                                                                                          SAMUEL H. RUDMAN
                                                                                          MARY K. BLASY
                                                                                          58 South Service Road, Suite 200
                                                                                          Melville, NY 11747
                                                                                          Telephone:  631/367-7100
                                                                                          srudman@rgrdlaw.com
                                                                                          mblasy@rgrdlaw.com

                                                                                          ROBBINS LLP
                                                                                          BRIAN J. ROBBINS
                                                                                          GREGORY DEL GAIZO
                                                                                          600 B Street, Suite 1900
                                                                                          San Diego, CA 92101
                                                                                          Telephone:  619/525-3990
                                                                                          619/525-3991 (fax)
                                                                                          brobbins@robbinsllp.com
                                                                                          gdelgaizo@robbinsllp.com

                                                                                          *Attorneys for Plaintiff*

- 2 -

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 12, 2021, the foregoing was filed using the CM/ECF system, which will automatically provide notice to all counsel of record.

        **/s/ Joseph F. Murray**
        Joseph F. Murray (0063373)